# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4927-17T1

SKILA HOLDING, INC., n/k/a
SKILA HOLDING, LLC,

     Plaintiff-Respondent,

v.

QPHARMA, INC.,

     Defendant-Appellant.

_____

Submitted March 20, 2019 – Decided April 1, 2019

Before Judges Koblitz, Currier, and Mayer.

On appeal from Superior Court of New Jersey, Law Division, Morris County, Docket No. L-0166-18.

Riker Danzig Scherer Hyland & Perretti, LLP, attorneys for appellant (Frank J. Vitolo, of counsel and on the briefs; Jonathan M. Sandler and Dylan C. Goetsch, on the briefs).

Naim S. Surgeon (Akerman LLP), attorney for respondent.

PER CURIAM

We were advised prior to argument that this matter was settled, and the parties have executed a stipulation of dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4927-17T1